UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO RODAS, ) <br>   a/k/a RUBEN ECHAVARRIA, ) <br>   a/k/a GUATEMALA, ) <br>   a/k/a JULIO CESAR ZAMORA, ) <br> ) <br> Defendant. ) | No. 2:10-cr-00026-JMS-CMM-03 |

### ORDER

Presently pending before the Court is a Motion to Reduce Sentence – USSC Amendment 782 [1180] filed by Defendant Mario Rodas (03). Mr. Rodas previously sought a reduction in his sentence, [993], which the Court denied on October 26, 2016, [1026]. Mr. Rodas later asked the Court to reconsider that ruling [1036], which motion the Court also denied [1049]. Thereafter the Seventh Circuit Court of Appeals affirmed the Court's denial.

The Government opposes the motion [1183], noting the foregoing procedural history, and arguing that the issue has already been resolved both by this Court and the Seventh Circuit.

The Government is correct, and for the reasons stated in its prior rulings, [1036, 1049], the Court again concludes it correctly determined that Mr. Rodas is not entitled to the benefit of Amendment 782, and his motion to reduce sentence [1180] is again **DENIED.**

    SO ORDERED.

Date: 9/24/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Mario Rodas
09860-028
USP Thomson
P.O. Box 1002
Thomson, IL  61285


Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov